```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

KELLY L. HANNA,

                Plaintiff,                    MEMORANDUM & ORDER
                                              21-CV-5543(EK)(SJB)
        -against-

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration

                Defendant.
--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bulsara's Report and Recommendation (R&R) dated August 14, 2024.  ECF No. 31.  Judge Bulsara recommends that the Court grant plaintiff's counsel's requested contingency fee award.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Bulsara's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the Social Security Administration is directed to pay plaintiff's counsel

$21,088.75, and counsel is in turn directed to pay $6,667.39 to the plaintiff.

    SO ORDERED.

                                              /s/ Eric Komitee
                                              ERIC KOMITEE
                                              United States District Judge

Dated:    September 20, 2024
            Brooklyn, New York